GARY M. RESTAINO
United States Attorney
District of Arizona
Jane L. Westby
Assistant U.S. Attorney
State Bar No. 017550
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Jane.Westby@usdoj.gov
Attorneys for Plaintiff

FILED
2022 OCT 12 PM 1:39
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-02232 TUC-JGZ(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Josue Lopez Quintana,<br><br>Defendant. | **INDICTMENT**<br><br>Violation:<br><br>18 U.S.C. § 1001(a)(2)<br>(False Statement to Government Agency)<br>Count 1 |

**THE GRAND JURY CHARGES:**

**Introductory Allegations**

1. On or about November 5, 2021, G.S. asked Defendant JOSUE LOPEZ QUINTANA ("QUINTANA") to purchase a Sharps Bros MFG model Livewire, multi-caliber lower receiver ("lower receiver") for G.S. and QUINTANA agreed.

2. On or about November 15, 2021, Defendant QUINTANA, purchased the lower receiver on-line and had it shipped to a federal firearms licensee (FFL) in Tucson, Arizona.

3. On or about November 22, 2021, Defendant QUINTANA picked up the lower receiver from the FFL and completed Bureau of Alcohol, Tobacco, and Firearms (ATF) Form 4473, which records information about the buyer.

4. On Form 4473, defendant QUINTANA was asked if he was the "actual transferee/buyer" and QUINTANA checked the "yes" box.

5. However, at the time defendant QUINTANA purchased and later picked up the lower receiver, Defendant QUINTANA knew that he was not the actual transferee/buyer and that this statement was false because he purchased the lower receiver on behalf of G.S.

6. On August 25, 2022, ATF agents responded to a crime scene in Tucson, Arizona, to assist the Tucson Police Department.

7. At the crime scene, investigators recovered a Sharps Bros MFG model Livewire, 5.56 NATO / .223 REM short-barreled rifle ("rifle") bearing serial number L03296 that was believed to have been used in the crime.

8. The ATF agents, using the serial number on the lower receiver from the recovered rifle and Form 4473, determined that the lower receiver was purchased and picked up by Defendant QUINTANA from a Tucson, Arizona, FFL on November 22, 2021.

9. On August 26, 2022, an agent from the ATF and an agent from the Department of Homeland Security Investigations interviewed defendant QUINTANA. Defendant QUINTANA told the law enforcement agents that he purchased the lower receiver for himself when he knew this was false because he purchased the lower receiver on behalf of G.S.

## COUNT 1
### Title 18 U.S.C. § 1001(a)(2)
### (False Statements to Government Agency)

The introductory allegations in paragraphs 1. through 9. are re-alleged and incorporated by reference as if fully set forth herein.

10. On or about August 26, 2022, at or near Tucson, in the District of Arizona, defendant JOSUE LOPEZ QUINTANA did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, Department of Justice, Bureau of Alcohol, Tobacco, and Firearms (ATF), by falsely stating to an ATF agent that when he purchased a Sharps Bros MFG model Livewire, multi-caliber lower receiver ("lower receiver") bearing serial number L03296, on or about November 22, 2021, JOSUE LOPEZ QUINTANA was the actual transferee\buyer of the lower receiver, when JOSUE LOPEZ QUINTANA then and there knew that he purchased the lower receiver on behalf of G.S. and that this statement and representation was false. All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: October 12, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
Jane L. Westby
Assistant U.S. Attorney